### STATE v. ELLIS JARMAN.

(Filed 14 March, 1928.)

APPEAL by defendant from *Cranmer, J.,* at December Term, 1927, of LENOIR. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*P. D. Croom for defendant.*

PER CURIAM. The defendant was found guilty of aiding and abetting in the manufacture of intoxicating liquors. The defendant made a motion for judgment of nonsuit at the close of the State's evidence and at the conclusion of all the evidence. C. S., 4643. These motions were refused by the court below, and in this we think there was no error.

Without reciting the evidence on the part of the State, we think it was sufficient to be submitted to the jury.

No error.